UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x

FRANGIE ESPINAL, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

            Plaintiffs,

v.

ZELENKO LABS LLC,

           Defendant.
---------------------------------------- x

No.: 1:23-cv-8842

**NOTICE OF APPEARANCE**

Notice is hereby given of the appearance of the undersigned as counsel for Frangie Espinal, On Behalf of Herself and All Other Persons Similarly Situated in the above-entitled action. All further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

        Jeffrey M. Gottlieb, Esq., (JG-7905)
        Gottlieb & Associates
        150 East 18th Street, Suite PHR
        New York, NY 10003
        Phone: (212) 228-9795
        Fax: (212) 982-6284
        Jeffrey@Gottlieb.legal

Dated: New York, New York
      October 6, 2023

                                  Respectfully submitted,

                                  **GOTTLIEB & ASSOCIATES**

                                  By: _/s/Jeffrey M. Gottlieb, Esq._
                                        Jeffrey M. Gottlieb, Esq.