UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
FRANGIE ESPINAL, ON BEHALF OF           :
HERSELF AND ALL OTHER PERSONS           :   Civil Action No. 1:23-cv-08842-AT
SIMILARLY SITUATED,                     :
                                        :
                Plaintiffs,             :   RULE 7.1 STATEMENT
                                        :
    -against-                           :
                                        :
ZELENKO LABS LLC,                       :
                                        :
                Defendant.              :
------------------------------------------------------------x
```

Pursuant to Fed. R. Civ. P. 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, Zelenko Labs, LLC, (private non-governmental parties), certify that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held:

None.

Dated: November 14, 2023.  Respectfully Submitted,

/s/ Jay M. Wolman
Jay M. Wolman (JW0600)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tel: (888) 887-1776
Email: jmw@randazza.com

Attorney for Defendant
Zelenko Labs LLC

RANDAZZA | LEGAL GROUP

Civil Action No. 1:23-cv-08842-AT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 14, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Jay M. Wolman
Jay M. Wolman (JW0600)