```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/11/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANGIE ESPINAL, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

                       Plaintiffs,

      -against-                                     23 Civ. 8842 (AT)

ZELENKO LABS LLC,

                       Defendant.                         **ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' joint letter and proposed case management plan. ECF Nos. 12, 12-1. The parties have not completed Paragraph 10 of the case management plan, which requires the parties to propose a mechanism and timing for alternative dispute resolution.

      Accordingly, by **December 29, 2023**, the parties shall submit a revised proposed case management plan.

      SO ORDERED.

Dated: December 11, 2023
       New York, New York

                                                        ANALISA TORRES
                                             United States District Judge