```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/12/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANGIE ESPINAL, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

        Plaintiffs,

-against-

ZELENKO LABS LLC,

        Defendant.

23 Civ. 8842 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the proposed case management plan submitted by Plaintiff, ECF No. 15, and shall not endorse the plan in its current form. The submission is required to be a joint one, which means that all parties must agree to its provisions. Paragraph 10(c) of the proposed plan states that "Defendant does not agree" to Plaintiff's mediation proposal. *Id.* ¶ 10(c). The case management plan is also not accompanied by a joint letter, as required by the Court's order dated October 11, 2023. ECF No. 6.

    Accordingly, by **December 29, 2023**, the parties shall jointly submit a letter and revised proposed case management plan.

    SO ORDERED.

Dated: December 12, 2023
       New York, New York

                                      ANALISA TORRES
                                United States District Judge