USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/25/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FRANGIE ESPINAL, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

        Plaintiff,

v.

ZELENKO LABS LLC,

        Defendants

------------------------------------------------------------x

No.: 1:23-cv-8842

ECF CASE

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, FRANGIE ESPINAL, and Defendant, ZELENKO LABS LLC, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
       March 19, 2024

GOTTLIEB & ASSOCIATES PLLC

_/s/ Jeffrey M. Gottlieb_
Jeffrey M. Gottlieb, Esq.
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Jeffrey@Gottlieb.legal

*Attorneys for Plaintiff*

RANDAZZA LEGAL GROUP PLLC

_/s/ Jay Marshall Wolman_
Jay Marshall Wolman, Esq.
100 Pearl Street, 14th Floor
Hartford, CT 06103
Phone: 702-420-2001
Fax: 305-437-7662
Jmw@randazza.Com

*Attorney for Defendant*

SO ORDERED.

Dated: March 25, 2024
      New York, New York

_____
ANALISA TORRES
United States District Judge